**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kimberly N. Amerson and Wayne Reiser, Defendants,

Of whom Wayne Reiser is the Appellant.

In the interests of minors under the age of 18.

Appellate Case No. 2023-001949

———————————

Appeal From Lee County
Ernest J. Jarrett, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-268
Submitted July 17, 2024 – Filed July 18, 2024

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

Cody Tarlton Mitchell, of Lucas, White, & Mitchell, of Hartsville, as Guardian ad Litem for Appellant.

Steve Bernard Suchomski, of South Carolina Department of Social Services, of Sumter, for Respondent.

John Stephen Keffer, of Keffer Law Firm, of Sumter, for the Guardian ad Litem for the minor children.

---

**PER CURIAM:** Wayne Reiser appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Reiser's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.